1  Maurice Wainer (SBN 121678)
   SNIPPER, WAINER & MARKOFF
2  270 N. Canon Drive, Penthouse
3  Beverly Hills, California 90210
   Telephone: (310) 550-5770 | Facsimile: (310) 550-6770
4  Email: mrwainer@swmfirm.com
5
6  Paul A. Levin (SBN 229077)
   Dana J. Clausen (SBN 223212)
7  MORTGAGE RECOVERY LAW GROUP LLP
8  700 N. Brand Blvd., Suite 830
   Glendale, CA 91203
9  Telephone: (818) 630-900  | Facsimile: (818) 630-7920
   Email: paul.levin@mortgagerecoveries.com
10       dana.clausen@mortgagerecoveries.com
11
12 Attorneys for Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION
   AS RECEIVER FOR INDYMAC BANK, F.S.B.
13

JS-6

14            UNITED STATES DISTRICT COURT

15            CENTRAL DISTRICT OF CALIFORNIA

16

| 17 | FEDERAL DEPOSIT INSURANCE CORPORATION as receiver for INDYMAC BANK, F.S.B., | Case No.:  CV11-05318 ODW(JCGx) |
|---|---|---|
| 18 | | |
| 19 | | |
| 20 | Plaintiff, | **ORDER FOR DISMISSAL OF ACTION** |
| 21 | vs. | |
| 22 | | |
| 23 | GB ESCROW, INC., a California corporation, MESSMER REALTY GROUP, INC., a California corporation; CARINA POLLARD, an individual, and DOES 1 THROUGH 40, inclusive, | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

1

1    Based upon the Stipulation for Dismissal of Action with the Court

2  Retaining Jurisdiction entered into between plaintiff FEDERAL DEPOSIT

3  INSURANCE CORPORATION, as Receiver for INDYMAC FEDERAL BANK,

4  F.S.B. ("FDIC"), and defendants GB ESCROW, INC., a California corporation,

5  MESSMER REALTY GROUP, INC., a California corporation, and CARINA

6  POLLARD, an individual, it is hereby ordered that:

7    1.   This action is dismissed with prejudice.  The United States District

8  Court for the Central District of California shall retain jurisdiction to enforce the

9  respective Settlement Agreements entered into between (a) the FDIC and GB

10 ESCROW, INC., a California corporation, (b) the FDIC and MESSMER

11 REALTY GROUP, INC., a California corporation, and (c) the FDIC and

12 CARINA POLLARD, an individual.

13    IT IS SO ORDERED.

14

15 DATED:  10-12-12      By: _____

16                              OTIS D. WRIGHT II
17                              UNITED STATES DISTRICT COURT JUDGE

18

19

20

21

22

23

24

25

26

27

28